IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS D. CROCK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-851 |
| | ) | |
| v. | ) | Chief Judge Lancaster |
| | ) | Magistrate Judge Bissoon |
| UNIV. OF PITTSBURGH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On November 13, 2009, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On February 16, 2010, the magistrate judge issued a Report (Doc. 31) recommending that Defendants' Motion to Dismiss (Doc. 25) be granted, and that Plaintiff's case be dismissed, without prejudice, under Heck v. Humphrey, 512 U.S. 477 (1994).

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 16th day of March, 2010, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (**Doc. 25**) is **GRANTED**, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

The Report and Recommendation of Magistrate Judge Bissoon dated February 16, 2010 is hereby adopted as the Opinion of the District Court, and the Clerk is directed to mark this case closed.

_____
Gary L. Lancaster
Chief United States District Judge

cc (via email):

All Counsel of Record